# Nebraska Court of Appeals Memorandum Opinions
## NOT Selected for Posting to Court Website

## (released February 14, 2023)

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

A-22-365          State v. Merrifield

A-22-487          In re Interest of Shyann D.

A-22-571          In re Interest of Psaw P. et al.

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.